Dismissed and Memorandum Opinion filed January 7, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00540-CV

____________

 

TRANS GULF TRANSPORTATION, INC. AND 

CHRISTOPHER SWANSON, Appellants

 

V.

 

TECHNOLOGY TRANSFER INC., D/B/A RSA CORPORATION, Appellee

 



On Appeal from the
405th District Court

Galveston County,
Texas

Trial Court Cause
No. 08CV1229



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 18, 2009.  On December 30, 2009, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Boyce, and Sullivan.